

# THE LANDAU GROUP
ATTORNEYS & BUSINESS ADVISORS
WWW.THELANDAUGROUP.COM

October 6, 2021

Hon. Denise Cote
United States District Court Judge
United States Courthouse
500 Pearl Street
New York, New York

*Re: Searles v. Joyce Robert, MD, Case No. 1:21-cv-05444-DLCC*

**Via ECF**

Dear Judge Cote,

> The conference will proceed. The plaintiff should be prepared to address the motion at the conference. /s/ Denise Cote 10/7/21

The parties to this matter write the Court jointly to request an adjournment of the Rule 16 Conference scheduled for October 7, 2021 at 4:30 pm.

There is good cause to adjourn this conference, and this is the first request made to adjourn the Rule 16 Conference.

Defendant has filed a motion to dismiss, which is currently pending and raises issues of subject matter jurisdiction. (See Defendant's Motion to Dismiss, ECF Doc # 12.) Further, Plaintiff's response to said motion is not due until October 18, 2021, with Defendant's Reply due November 1, 2021. (ECF Doc # 16, Order Extending Time to Respond to Motion to Dismiss.)

Therefore, for the foregoing reasons, the parties respectfully request that the Court adjourn the scheduled Rule 16 Conference currently scheduled for October 7, 2021 at 4:30 pm until after a decision on Defendant's pending Motion to Dismiss is decided.

The parties appreciate the courts consideration.

Thank you.

   Very truly yours,

              **THE LANDAU GROUP, PC**

              /s/ Kevin A. Landau
              Kevin A. Landau, Esq.
              Zachary R. Landau (pro hac vice forthcoming)

              *Attorneys for Chris Searles*

38500 WOODWARD AVE., STE. 310 BLOOMFIELD HILLS, MICHIGAN 48304 | O: 248.247.1153 | F: 248.671.0884

45 ROCKEFELLER PLAZA, STE. 2000 NEW YORK, NEW YORK 10111 | O: 212.537.4025 | F: 646.514.1816